B6F (Official Form 6F) (12/07)

In re  **Derrick Dwight Robinson**
       **Vontrill Denise Robinson**

Case No.  **09-46090-7**
(if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5424-1803-9244-8012**<br>**Allen Adkins & Assoc.**<br>**4010 82nd Street, Suite 230**<br>**P.O. Box 3340**<br>**Lubbock, TX 79452** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Citibank**<br>REMARKS: | | | | **$9,293.77** |
| **Representing:**<br>**Allen Adkins & Assoc.** | | | **Citi Card**<br>**P.O. Box 6000**<br>**The Lakes, NV  89163-6000** | | | | **Notice Only** |
| ACCT #:  **07440602**<br>**Bank of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | | C | DATE INCURRED:  **12/19/2006**<br>CONSIDERATION:<br>**Foreclosure deficiency**<br>REMARKS:<br>**(First Mortgage)**<br>**1215 Oak Trail**<br>**Keller, Texas** | | | | **$1,113,701.38** |
| **Representing:**<br>**Bank of America** | | | **Recontrust Company**<br>**2380 Performance Drive, RGV-D7-450**<br>**Richardson, Texas  75082** | | | | **Notice Only** |
| ACCT #:  **074470610**<br>**Bank of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | | C | DATE INCURRED:  **12/19/2006**<br>CONSIDERATION:<br>**Foreclosure Deficiency**<br>REMARKS:<br>**(Second Mortgage)**<br>**1215 Oak Trail**<br>**Keller, Texas** | | | | **Unknown** |
| ACCT #:  **0019806165**<br>**Bank of America**<br>**820 Silver Lake Blvd.**<br>**Dover, DE  19904-2464** | | C | DATE INCURRED:  **3/1/2007**<br>CONSIDERATION:<br>**Foreclosure Deficiency**<br>REMARKS:<br>**(Second Mortgage)**<br>**4057 Lovers Lane**<br>**University Park, Texas  75225** | | | | **$198,546.63** |
| | | | | | | Subtotal > | **$1,321,541.78** |
| _____**8**_____ continuation sheets attached | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick Dwight Robinson**         Case No.  **09-46090-7**
       **Vontrill Denise Robinson**                   _____
                                                      (if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4192-0000-0109-3327**<br>**Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS:<br>**Judgment** | | | | **$15,377.41** |
| ACCT #:  **4888-9360-2420-0028**<br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE  19850-5026** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$18,498.50** |
| ACCT #:  **00006526756**<br>**Betsy Price**<br>**Tarrant County Tax Assessor**<br>**100 E. Weatherford**<br>**Fort Worth, Texas  76196** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**1411 Stone Lakes Drive**<br>**Southlake, Texas** | | | | **Unknown** |
| **Representing:**<br>**Betsy Price** | | | **Taylor Olson Adkins Sralla Elam, LLP**<br>**6000 Western Place, Ste 200**<br>**Fort Worth, Texas  76107** | | | | **Notice Only** |
| ACCT #:  **00040013928**<br>**Betsy Price**<br>**Tarrant County Tax Assessor**<br>**100 E. Weatherford**<br>**Fort Worth, Texas  76196** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**1215 Oak Trail**<br>**Keller, Texas** | | | | **$13,453.41** |
| ACCT #:  **004543278**<br>**Central Financial Control**<br>**P.O. Box 830913**<br>**Birmingham, AL 35283** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Collecting for - RHD Memorial Hospital**<br>REMARKS:<br>**Account No. 00721758577** | | | | **$68.40** |

Sheet no. _____**1**_____ of _____**8**_____ continuation sheets attached to          Subtotal >          **$47,397.72**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick Dwight Robinson**  Case No. **09-46090-7**
**Vontrill Denise Robinson**
(if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **2003772110-5** CitiMortgage Inc. 5280 Corporate Drive Frederick, MD 21703 Attn: Bankruptcy Dept. MC 0023 | | C | DATE INCURRED: **8/1/2006** CONSIDERATION: **Foreclosure Deficiency** REMARKS: **(Second Mortgage) 3508 Clubgate Drive Fort Worth, TX** | | | | **Unknown** |
| Representing: CitiMortgage Inc. | | | **Allen Adkins & Assoc. 4010 82nd Street, Suite 230 P.O. Box 3340 Lubbock, TX 79452** | | | | **Notice Only** |
| ACCT #: **1097747-356174** City of Fort Worth P.O. Box 870 Fort Worth, Texas 76101-0870 | | C | DATE INCURRED: **2008** CONSIDERATION: **Utility Service** REMARKS: | | | | **$42.70** |
| ACCT #: **9523567** Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-1082 | | C | DATE INCURRED: CONSIDERATION: **Collecting for - Citi** REMARKS: **5424-1804-6326-5295** | | | | **$27,321.73** |
| Representing: Client Services, Inc. | | | **Citi Card P.O. Box 6000 The Lakes, NV 89163-6000** | | | | **Notice Only** |
| ACCT #: **123867010** Countrywide P.O. Box 650070 Dallas, Texas 75265-0070 | | C | DATE INCURRED: **12/28/2005** CONSIDERATION: **Short-Sale Deficiency Balance** REMARKS: **(First Mortgage) 1411 Stone Lakes Drive Southlake, Texas** | | | X | **Unknown** |

Sheet no. **2** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$27,364.43**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Derrick Dwight Robinson**              Case No.   **09-46090-7**
        **Vontrill Denise Robinson**                      _____
                                                              (if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Countrywide** | | | Recontrust Company 2380 Performance Drive, RGV-D7-450 Richardson, Texas 75082 | | | | **Notice Only** |
| ACCT #:  **123867018** **Countrywide** P.O. Box 650225 **Dallas, Texas 75265-0225** | | C | DATE INCURRED:  **12/28/2005** CONSIDERATION: **Short-Sale Deficiency Balance** REMARKS: **(Second Mortgage)** **1411 Stone Lakes Drive** **Southlake, Texas** | | | X | **Unknown** |
| ACCT #:  **R0133080** **Denton County Tax Office** **Attn: Northwest ISD Taxes** P.O. Box 90223 **Denton, TX 76202** | | C | DATE INCURRED:  **2006-2008** CONSIDERATION: **Property Taxes** REMARKS: **Northwest ISD v. Derrick D. Robinson, Et Al** **Suit No L25935-08** **1215 Oak Trail, Keller, TX** | | | | **$71,823.10** |
| **Representing:** **Denton County Tax Office** | | | Linebarger Heard Goggan et al 100 Throckmorton, Suite 300 Fort Worth, TX 76102 | | | | **Notice Only** |
| ACCT #: **Donnell Smith** **1542 Chapman Drive** **Lancaster, TX 75134** | | C | DATE INCURRED: CONSIDERATION: **Personal Loan** REMARKS: | | | | **$10,000.00** |
| **Representing:** **Donnell Smith** | | | **Ross & Matthews, P.C.** **3650 Lovell Ave** **Fort Worth, TX 76107** | | | | **Notice Only** |

Sheet no. ___**3**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$81,823.10**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick Dwight Robinson**          Case No. **09-46090-7**
         **Vontrill Denise Robinson**                    (if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **13092218**<br>**Encore Receivable Mgmt**<br>**400 N Rogers Road**<br>**Olathe, KS  66062** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Gordons/Citi**<br>REMARKS: | | | | **$4,189.17** |
| ACCT #:<br>**Fred Brewster**<br>**Texas Property Management Group**<br>**100 North Central Expressway, Suite 300-**<br>**Dallas, TX 75201** | | C | DATE INCURRED:     **2007**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | **$150,000.00** |
| ACCT #: **6019180313475119**<br>**GEMB/Care Credit**<br>**P.O. Box 981439**<br>**El Paso, TX  79998** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$3,438.30** |
| **Representing:**<br>**GEMB/Care Credit** | | | **Zwicker & Associates, P.C.**<br>**80 Minutemand Rd**<br>**Andover, MA 01810-1031** | | | | **Notice Only** |
| ACCT #: **6035256008023104**<br>**Gordon's**<br>**P.O. Box 689182**<br>**Des Moines, IA  50368-9182** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **7969618**<br>**HSBC Mortgage**<br>**2929 Walden Ave.**<br>**Dupew, NY  14043** | | C | DATE INCURRED:     **8/1/2006**<br>CONSIDERATION:<br>**Foreclosure Deficiency**<br>REMARKS:<br>**(First Mortgage)**<br>**3508 Clubgate Drive**<br>**Fort Worth, Texas** | | | | **Unknown** |

Sheet no. ____**4**____ of ____**8**____ continuation sheets attached to          Subtotal >  **$157,627.47**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Derrick Dwight Robinson**          Case No.   **09-46090-7**
        **Vontrill Denise Robinson**                      (if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **HSBC Mortgage** | | | **Codilis & Stawiarski, PC** **650 N. Sam Houston Parkway, Suite 450** **Houston, TX 77060** | | | | **Notice Only** |
| ACCT #: **4235794544** **JC Penny** **P.O. Box 981131** **El Paso, TX 79998** | C | | DATE INCURRED: CONSIDERATION: **Credit Card Purchases** REMARKS: | | | | **$64.11** |
| ACCT #: **Lynn Peters  c/o  JP Acquisitions** **1925 E. Beltline, Suite 467** **Carrollton, TX 75068** | C | | DATE INCURRED:    **9/2008** CONSIDERATION: **Investment Return Agreement** REMARKS: | | | | **$20,000.00** |
| ACCT #: **40050156-001** **Metrocare Services** **1380 Riverbend Drive** **Dallas, TX 75247** | C | | DATE INCURRED:    **2008** CONSIDERATION: **Medical Treatment** REMARKS: | | | | **$28.62** |
| ACCT #: **0005408250** **National City Mortgage** **3232 Newmark Drive** **Miamisburg, OH  45342** | C | | DATE INCURRED:    **3/1/2007** CONSIDERATION: **Foreclosure Deficiency** REMARKS: **(First Mortgage)** **4057 Lovers Lane** **University Park, Texas 75225** | | | | **Unknown** |
| **Representing:** **National City Mortgage** | | | **Barrett Daffin Frappier Turner & Engel** **Daffin & Frappier, LLP** **15000 Surveyor Blvd., Suite 100** **Addison, Texas  75001** | | | | **Notice Only** |

Sheet no. _____**5**_____ of _____**8**_____ continuation sheets attached to          **Subtotal >**   **$20,092.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick Dwight Robinson**          Case No.  **09-46090-7**
     **Vontrill Denise Robinson**                        (if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **099146**<br>**National Registered  Agents, Inc.**<br>**P.O. Box 927**<br>**West Windsor, NJ 08550** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Invoice**<br>REMARKS: | | | | **$169.00** |
| ACCT #:  **1002934192**<br>**NCB Management Services, Inc.**<br>**P.O. Box 1099**<br>**Langhorne, PA  19047** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase Bank**<br>REMARKS:<br>**Original Account No. 4185818000175756** | | | | $10,690.79 |
| ACCT #:  **NS8139**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank/The Home Depot**<br>REMARKS:<br>**Original account no.: 6035320138872195** | | | | $2,505.33 |
| ACCT #:<br>**Patty Blackburn Tillman**<br>**204 West Central Ave**<br>**Fort Worth, TX 76164** | | C | DATE INCURRED:      **2006**<br>CONSIDERATION:<br>**Homeowners Association**<br>REMARKS:<br>**3508 Clubgate Drive**<br>**Fort Worth, Texas** | | | | $6,525.00 |
| ACCT #:  **30310440770**<br>**Regional Adjustment Bureau, Inc.**<br>**P.O. Box 3411**<br>**Memphis, TN 38184** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Capital One**<br>REMARKS:<br>**Original account no. : 580100000385047** | | | | $14,564.06 |
| ACCT #:  **XLR15092191330**<br>**Standard Guaranty Insurance**<br>**P.O. Box 50355**<br>**Atlanta, GA 30302** | | C | DATE INCURRED:      **2007**<br>CONSIDERATION:<br>**Property Insurance**<br>REMARKS:<br>**3508 Clubgate Drive**<br>**Ft. Worth, Texas 76137** | | | | $32,577.57 |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$67,031.75** |
|---|---|---|
|  | Total > | |
| | (Use only on last page of the completed Schedule F.) | |
| | (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick Dwight Robinson**          Case No.   **09-46090-7**
       **Vontrill Denise Robinson**                          (if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **R1033080**<br>**Steve Mossman, Denton Co. Tax Assessor**<br>**P.O. Box 90223**<br>**Denton, Texas  76202** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**1215 Oak Trail**<br>**Keller, Texas** | | | | **$14,694.68** |
| ACCT #:  **979079473**<br>**Travelers**<br>**Knoxville Business Center**<br>**P.O. Box 59059**<br>**Knoxville, TN 37950** | | C | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Homeowners Insurance**<br>REMARKS:<br>**3508 Cross Bend Road**<br>**Plano, Texas  75023** | | | X | **$113.02** |
| ACCT #:  **0150246924**<br>**Wells Fargo Home Mortgage**<br>**P.O. Box 660455**<br>**Dallas, Texas  75266-0455** | | C | DATE INCURRED:  **2/13/2006**<br>CONSIDERATION:<br>**Short-Sale Deficiency Balance**<br>REMARKS:<br>**(First Mortgage)**<br>**3508 Cross Bend Road**<br>**Plano, Texas  75023** | | | X | **Unknown** |
| ACCT #:  **0150622496**<br>**Wells Fargo Home Mortgage**<br>**P.O. Box 660455**<br>**Dallas, Texas  75266-0455** | | C | DATE INCURRED:  **2/13/2006**<br>CONSIDERATION:<br>**Short-Sale Deficiency Balance**<br>REMARKS:<br>**(Second Mortgage)**<br>**3508 Cross Bend Road**<br>**Plano, Texas  75023** | | | X | **Unknown** |
| ACCT #:  **5474-6488-0185-5992**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA  95834** | | C | DATE INCURRED:  **10/24/2005**<br>CONSIDERATION:<br>**Line of credit**<br>REMARKS:<br>**Wells Fargo vs. Primary Funding LLS ET AL**<br>**Cause No. DC-09-08444** | | | | **$45,889.89** |
| **Representing:**<br>**WF Business Direct** | | | **Vincent Lopez Serafino Jenevein**<br>**2001 Bryan Street, Suite 2000**<br>**Dallas, TX 75201** | | | | **Notice Only** |

Sheet no. _____**7**_____ of _____**8**_____ continuation sheets attached to          Subtotal >          **$60,697.59**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick Dwight Robinson**                          Case No.  **09-46090-7**
**Vontrill Denise Robinson**                                            (if known)

*AMENDED 12/30/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **146590856**<br>**WFN - The Avenue**<br>P.O. Box 659584<br>**Shawnee, KS  66201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $46.33 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___8___ of ___8___ continuation sheets attached to                                                      **Subtotal >** | **$46.33**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >** | **$1,783,622.90**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Derrick Dwight Robinson**
              **Vontrill Denise Robinson**

CASE NO   **09-46090-7**

CHAPTER   **7**

*AMENDED 12/302009*

# VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[  ]  is the first mailing list filed in this case.

[ X ]  adds entities not listed on previously filed mailing list(s).

[   ]  changes or corrects names and address on previously filed mailing lists.

Date  12/2830/2009

Signature   /s/ Derrick Dwight Robinson
                    *Derrick Dwight Robinson*

Date  12/30/2009

Signature   /s/ Vontrill Denise Robinson
                    *Vontrill Denise Robinson*

Donnell Smith
1542 Chapman Drive
Lancaster, TX 75134


Fred Brewster
Texas Property Management Group
100 North Central Expressway, Suite 300-
Dallas, TX 75201


Lynn Peters  c/o  JP Acquisitions
1925 E. Beltline, Suite 467
Carrollton, TX 75068


National Registered  Agents, Inc.
P.O. Box 927
West Windsor, NJ 08550